UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick Melvin,

        Plaintiff,                Civil No. 06-07 (RHK/AJB)

vs.                           **DISQUALIFICATION AND**
                               **ORDER FOR REASSIGNMENT**

Farm Service Agency,

        Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 6, 2006

                                              s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge