UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-07 MJD/AJB

| | |
|---|---|
| PATRICK MELVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| FARM SERVICE AGENCY, ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: January 23, 2006

s/ Michael J. Davis
MICHAEL J. DAVIS, Judge
United States District Court
